[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED

U.S. COURT OF
APPEALS
ELEVENTH CIRCUIT
JUNE 27, 2005
THOMAS K. KAHN
CLERK

No. 04-13624
Non-Argument Calendar

D. C. Docket No. 02-20645-CR-AJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL GIORANGO,
a.k.a. Danny,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Florida

(June 27, 2005)

Before TJOFLAT, DUBINA and COX, Circuit Judges.

PER CURIAM:

Michael Giorango appeals his conviction, following a jury trial, for violation

of the Travel Act, 18 U.S.C. § 1952. Having considered the briefs, and relevant parts

of the record, we conclude that there was sufficient evidence for the jury to have found that Giorango promoted or facilitated Judy Krueger's prostitution enterprise. *See Rewis v. United States*, 418 F.2d 1218, 1220-21 (5th Cir. 1969), *rev'd on other grounds*, 401 U.S. 808, 91 S. Ct. 1056 (1971), ("The language of the [Travel Act] appears clearly to be aimed at those . . . people who aid, help or assist the promotion of, or making easier or possible, the illegal actions . . . ."); *see also United States v. Corona*, 885 F.2d 766, 773 (11th Cir. 1989). Giorango's conviction and sentence is, therefore,

**AFFIRMED.**